**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed May 14, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00920-CV

---

### STEVEN BURNS AND JACQUELINE BURNS, Appellants

### V.

### BEST INSURANCE AND FINANCIAL SERVICES, INC., Appellee

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 23-CV-0258-B**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed December 1, 2023. On May 3, 2024, appellants filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.